# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| United States of America<br>vs.<br>Melissa Rochelle Jara | Case No. 1:12CR00213 (008) AWI |

**FILED**
JUL 24 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Melissa Rochelle Jara__, have discussed with __Montgomery L. Olson__, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the condition: "You shall not be employed in any capacity related to the real estate industry," and replace with the following condition: "You shall not apply for, or obtain, any real estate loan, or purchase or sell any real estate; and, you shall not engage in any activities related to mortgage brokering or lending, or real estate brokering, without the advance approval of the Pretrial Services Officer."

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7-20-12        _____  7-20-12
Signature of Defendant    Date           Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                  7/23/12
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  7-20-12
Signature of Defense Counsel              Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __7/23/12__.
☐ The above modification of conditions of release is *not* ordered.

_____                  7/23/12
Signature of Judicial Officer             Date

cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services